**Opinion issued September 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00552-CV

———————————

**JOSE ORELLANA AND MERLIN CAROLINA BACA RUBIO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JONATHAN JOSUE ORELLANA BACA, DECEASED, Appellants**

**V.**

**WESTHEIMER TERRACE APARTMENTS MANAGEMENT, L.L.C. AND WESTHEIMER TERRACE APARTMENTS, L.L.C., Appellees**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Case No. 2013-30976**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 27, 2015. On September 18, 2015, the parties filed a joint motion to dismiss the appeal with prejudice in order to effectuate a compromise and settlement agreement. *See* TEX. R. APP. P. 42.1(a).

The motion is granted, and the appeal is dismissed with prejudice. *See* TEX.

R. APP. P. 42.1(a)(2), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.